*December*, 1824.                    McAlpin and Read *against* Pool.

*1,* On appeal       THIS was an appeal from a Justice of the Peace to the
from Justice's    Circuit Court. The judgment rendered by the Justice does
judgment, the
appeal bond is a   not appear in the Record otherwise than by the recital in
sufficient shew-  the bond for the appeal to the Circuit Court. "Whereas
ing that judg-
ment was render-  "judgment by default hath, the day of the date hereof, been
ed.               "entered against the above-mentioned *R. C. McAlpin,* for
*2,* On the trial de
novo, a brief     "$49 33⅓, together with," &c., naming the Justice of the
statement of the  Peace by whom the judgment was entered. The statement
demand is suffi-
cient.            of the plaintiffs' demand, as filed in the Circuit Court, is,
"The plaintiff in this case proceeds to recover of the de-
"fendant upon an instrument, *the following of which is a*
"*a true copy ;*" and concludes with setting out a copy of a
promissory note of defendant. The Circuit Court render-
ed judgment by default against *McAlpin* and *Read* his secu-
rity for the appeal, for the amount of the note and interest.

and fifteen per cent. damages.   They assigned here as
Errors,

1st,  That it does not appear that the Justice of the Peace
rendered any judgment in the case.

2d, The statement of declaration does not state any
thing to be due, nor place where the contract was made,
nor the Court in which the suit was prosecuted.

3d, The judgment is for damages when none were claim-
ed in the statement.

*Barton* and *Pickens* for plaintiffs.

*Ellis* for defendant in Error.

Judge *Saffold* delivered the opinion of the Court.

The appeal bond contains an explicit admission of the
obligors, who are plaintiffs in Error, of the judgment ren-
dered by the Justice of the Peace.   This may be regarded
as a shewing of a judgment sufficient to sustain the jurisdic-
tion of the Circuit Court; more especially when the party
taking the appeal, suffered judgment by default to pass in
the Court to which he had appealed.

The statement of the plaintiff in the Circuit Court claims
a recovery on an instrument of writing, and sets out a co-
py of it.   According to former decisions of this Court,
the formality and many of the requisites of pleading in
ordinary actions are not necessary on appeals from Jus-
tices of the Peace.   A brief statement substantially shew-
ing the demand, is sufficient.

Let the judgment be affirmed.